1  TERRY D. BULLER, S.B. #70315
   Professional Corporation
2  1418 Lakeside Drive
   Oakland, CA 94612
3  (510) 832-4295

4  Attorney for Plaintiff

5

   JOSEPH P. RUSSONIELLO (CABN 44332)
6  United States Attorney
   JOANN M. SWANSON (CSBN 88143)
7  Chief, Civil Division
   NEILL T. TSENG (CSBN 220348)
8  Assistant United States Attorney

9     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
10    Telephone: (415) 436-7155
      FAX: (415) 436-6927
11    neill.tseng@usdoj.gov

12 Attorneys for Federal Defendants

13
                           UNITED STATES DISTRICT COURT
14
                         NORTHERN DISTRICT OF CALIFORNIA
15
                                SAN FRANCISCO DIVISION
16

17 ANGELA SOUTHALL,                        )   No. C 09-00563 JCS
                                           )
18       Plaintiff,                        )   STIPULATION TO CONTINUE DATE OF
                                           )   INITIAL CASE MANAGEMENT
19    v.                                   )   CONFERENCE; [PROPOSED] ORDER
                                           )
20 UNITED STATES POSTAL SERVICE,           )
   JOHN CARRIAGA, DOES 1-20, et al.,       )
21                                         )
         Defendants.                       )
22

23    Subject to the approval of the Court, the parties hereby stipulate as follows:

24    WHEREAS, the initial case management conference is currently set for May 15, 2009, at

25 1:30 p.m.;

26    WHEREAS, the answer of federal defendants United States Postal Service and John Carriaga

27 is not due to be served until May 29, 2009;

28    WHEREAS, the parties agree that the initial case management conference would be more

STIP. TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 09-00563 JCS

1  productive if it took place after the answer was served;

2     THEREFORE, the parties hereby stipulate that the initial case management conference shall
3  be continued to June 12, 2009, at 1:30 p.m., ~~or the soonest Friday thereafter as the parties may be~~
4  ~~heard, except that neither counsel is available on June 19, 2009~~.

the joint case management conference statement shall be due by June 5, 2009 - JCS.

5                                              Respectfully submitted,

6

7  DATED:                                      _____/s/_____
                                               TERRY D. BULLER
8                                              Attorney for Plaintiff

9

10                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
11

12 DATED:                                      _____/s/_____
                                               NEILL T. TSENG
13                                             Assistant United States Attorney
                                               Attorneys for Federal Defendants
14

15

16 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

17

18

19

20 DATED:  April 16, 2009

21                                             _____
                                               HON. _____
22                                             UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

STIP. TO CONTINUE DATE OF INITIAL CMC; [~~PROPOSED~~] ORDER
C 09-00563 JCS