1  TERRY D. BULLER, S.B. #70315
   Professional Corporation
2  1418 Lakeside Drive
   Oakland, CA 94612
3  (510) 832-4295

4  Attorney for Plaintiff

5

   JOSEPH P. RUSSONIELLO (CABN 44332)
6  United States Attorney
   JOANN M. SWANSON (CSBN 88143)
7  Chief, Civil Division
   NEILL T. TSENG (CSBN 220348)
8  Assistant United States Attorney

9     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
10    Telephone: (415) 436-7155
      FAX: (415) 436-6927
11    neill.tseng@usdoj.gov

12 Attorneys for Federal Defendants

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17 ANGELA SOUTHALL,                    )   No. C 09-00563 JCS
                                       )
18       Plaintiff,                    )
                                       )   STIPULATION TO SUBSTITUTE
19   v.                                )   UNITED STATES OF AMERICA AS
                                       )   PARTY DEFENDANT; [PROPOSED]
20 UNITED STATES POSTAL SERVICE,       )   ORDER
   JOHN CARRIAGA, DOES 1-20, et al.,   )
21                                     )
         Defendants.                   )
22 _____      )

23       Subject to the approval of the Court, the parties hereby stipulate that the United States of

24 America shall be substituted as the party defendant for the United States Postal Service and John

25 Carriaga.

26       This substitution is required because the Attorney General, through the Chief of the Civil

27 Division of the United States Attorney's Office for the Northern District of California, has

28 certified that defendant John Carriaga was acting within the course and scope of his employment

STIP. TO SUBSTITUTE USA AS PARTY DEF.; [PROPOSED] ORDER
C 09-00563 JCS

1  with respect to the matters alleged in the complaint.  (Doc. #8.)  Pursuant to 28 U.S.C.
2  § 2679(d)(1), the United States of America should be substituted for John Carriaga as the party
3  defendant.  Pursuant to 28 U.S.C. § 2679(a), the United States Postal Service is not a proper
4  defendant and the United States of America should be substituted as the party defendant.

5                                      Respectfully submitted,

7  DATED:                              _____/s/_____
                                       TERRY D. BULLER
8                                      Attorney for Plaintiff

10                                     JOSEPH P. RUSSONIELLO
                                       United States Attorney

12 DATED:                              _____/s/_____
                                       NEILL T. TSENG
13                                     Assistant United States Attorney
                                       Attorneys for Federal Defendants

16 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

20 DATED:   4/16/09
21                                     _____
                                       HONORABLE
22                                     UNITED STATES MAGISTRATE JUDGE

STIP. TO SUBSTITUTE USA AS PARTY DEF.; [PROPOSED] ORDER
C 09-00563 JCS