| | |
|---|---|
| 1 | TERRY D. BULLER, S.B. #70315 |
| | Professional Corporation |
| 2 | 1418 Lakeside Drive |
| | Oakland, CA 94612 |
| 3 | (510) 832-4295 |
| 4 | Attorney for Plaintiff |
| 5 | |
| 6 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| | United States Attorney |
| | JOANN M. SWANSON (CSBN 88143) |
| 7 | Chief, Civil Division |
| | NEILL T. TSENG (CSBN 220348) |
| 8 | Assistant United States Attorney |
| 9 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| 10 | Telephone: (415) 436-7155 |
| | FAX: (415) 436-6927 |
| 11 | neill.tseng@usdoj.gov |
| 12 | Attorneys for Federal Defendant |
| | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANGELA SOUTHALL, | ) | No. C 09-00563 JCS |
| Plaintiff, | ) | STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE TO JULY 17, 2009; [PROPOSED] ORDER |
| v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

Subject to the approval of the Court, the parties hereby stipulate as follows:

WHEREAS, the initial case management conference is currently set for June 12, 2009, at 1:30 p.m.;

WHEREAS, plaintiff's counsel will be traveling out of town on June 12, 2009;

WHEREAS, the next Friday that both parties' counsel are available is July 17, 2009;

THEREFORE, the parties hereby stipulate that the initial case management conference shall

STIP. TO CONTINUE DATE OF INITIAL CMC TO JULY 17, 2009; [PROPOSED] ORDER
C 09-00563 JCS

| | |
|---|---|
| 1 | be continued to July ~~17,~~ 31 2009, at 1:30 p.m. |
| 2 | Respectfully submitted, |
| 4 | DATED: May 29, 2009      /s/ |
| 5 | TERRY D. BULLER<br>Attorney for Plaintiff |
| 7 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 9 | DATED: May 29, 2009      /s/ |
| 10 | NEILL T. TSENG<br>Assistant United States Attorney<br>Attorneys for Federal Defendant |
| 13 | **PURSUANT TO STIPULATION, IT IS SO ORDERED:** |
| 17 | DATED: 5/29/09 |
| 18 | HONORABLE JOSEPH C. SPERO<br>UNITED STATES MAGISTRATE JUDGE |

STIP. TO CONTINUE DATE OF INITIAL CMC TO JULY 17, 2009; [~~PROPOSED~~] ORDER
C 09-00563 JCS