```
 1  TERRY D. BULLER, S.B. #70315
    Professional Corporation
 2  1418 Lakeside Drive
    Oakland, CA 94612
 3  (510) 832-4295

 4  Attorney for Plaintiff

 5
    JOSEPH P. RUSSONIELLO (CABN 44332)
 6  United States Attorney
    JOANN M. SWANSON (CSBN 88143)
 7  Chief, Civil Division
    NEILL T. TSENG (CSBN 220348)
 8  Assistant United States Attorney

 9     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
10     Telephone: (415) 436-7155
       FAX: (415) 436-6927
11     neill.tseng@usdoj.gov

12  Attorneys for Federal Defendant
    UNITED STATES OF AMERICA
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA SOUTHALL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. C 09-00563 JCS<br><br>STIPULATION TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER |

Subject to the approval of the Court, the parties hereby stipulate that the deadline for mediation in this case will be enlarged from August 20, 2009, to August 25, 2009. This is the first request for enlargement of the mediation deadline. Enlargement of the deadline is necessary because the parties and the mediator were not all available on a mutually convenient date before August 20, 2009, that

STIP. TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
C 09-00563 JCS

would have been late enough to make the mediation meaningful in terms of documents that are expected to be produced. Both parties and the mediator are available on August 25, 2009, and the mediation has been tentatively scheduled for that date pending approval of this stipulation by the Court.

Respectfully submitted,

DATED: July 14, 2009

TERRY D. BULLER
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: July 15, 2009

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Defendant

DATED: July 14, 2009

MATTHEW B. PAVONE
Mediator

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:   7/16/09

IT IS SO ORDERED
Judge Joseph C. Spero

HONORABLE
UNITED STATES DISTRICT JUDGE

STIP. TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
C 09-00563 JCS